**United States District Court**
**Northern District of New York**

# JUDGMENT

**DOUGLAS TOPLIFF, Individually and as Parent of Tanisha Topliff**

**Plaintiff**

**VS.**                    **6:04-CV-297 (GHL)**

**WAL-MART STORES, EAST LP**

**Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Summary Judgment is granted in its entirety and plaintiff's complaint is hereby dismissed.

All of the above pursuant to the Order of the Honorable Magistrate Judge George H. Lowe dated the 22nd day of March, 2007.

| | |
|---|---|
| **MARCH 26, 2007** | **LAWRENCE K. BAERMAN** |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |